IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


KENNETH A. BROWN,                    :
                                     :
            Petitioner               :
                                     :
      v.                             :      CIVIL NO. 4:CV-13-2900
                                     :
WARDEN SAUERS, ET AL.,               :      (Judge Brann)
                                     :
            Respondents              :

**ORDER**

December 3, 2013

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:


    1.    The Clerk of Court is directed to **TRANSFER** this case to the

United States District Court for the Southern District of Ohio.

    2.    The Clerk of Court is directed to **CLOSE** the case.


BY THE COURT:

 s/Matthew W. Brann
Matthew W. Brann
United States District Judge

1